# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| LUIS LOPEZ MARROQUIN,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBINS, Field Office Director Enforcement, et al.,<br><br>Respondents. | ) SA CV 12-00876-VBF (SH)<br>)<br>) ORDER ACCEPTING REPORT<br>) AND RECOMMENDATION<br>) OF UNITED STATES<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and accepts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is denied and the action is

1

1  dismissed.
2      IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
3  the Magistrate Judge's Report and Recommendation and the Judgment herein by the
4  United States mail on petitioner and counsel for respondent.
5      LET JUDGMENT BE ENTERED ACCORDINGLY.
6  DATED: 10/4/2012

                                                                                    VALERIE BAKER FAIRBANK
                                                                                    UNITED STATES DISTRICT JUDGE