1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| LUIS LOPEZ MARROQUIN, | ) SA CV 12-00876-VBF (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| TIMOTHY S. ROBINS, Field Office Director Enforcement, et al., | ) |
| Respondents. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: _10/04/2012_

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1